UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re Charles Henning and Katherine Henning, | ) ) ) ) ) ) ) |
| Debtors. | |

Case No. 13-21425-MDM
Chapter 13

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Charles and Katherine Henning ("Debtors") through their counsel, Michael J. Maloney and the Watton Law Group, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

Clerk of Bankruptcy Court
517 East Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

Michael J. Maloney, Esq.
Watton Law Group
700 North Water Street, Suite 500
Milwaukee, WI 53202
Telephone (414) 273-6858
Facsimile (414) 273-6894

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Michael J. Maloney, Esq.
> Watton Law Group
> 700 North Water Street, Suite 500
> Milwaukee, WI 53202

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

### REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponents of this modification are the Debtors;

2. This is a request to modify a Chapter 13 Plan (Select A. or B.)

    A. ☐ post-confirmation;

    B. ☒ pre-confirmation (Select i. or ii.);

    i. ☐ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

    ii. ☒ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: **United Consumer Financial Services**

3. The Proponents wish to modify the Chapter Plan to do the following: allow the debtors to surrender their interest in the items secured by United Consumer Financial Services.

4. The reason(s) for the modification is/are: account for the Proof of Claim filed by United Consumer Financial Services.

5. Select A. or B.

   A. ☐ The Chapter 13 Plan confirmed or last modified on _____ is modified as follows:

   B. ☒ The unconfirmed Chapter 13 Plan dated <u>February 8, 2013</u> is modified as follows:

   Debtors shall surrender their interest in the items secured by United Consumer Financial Services.

   All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENTS OF THE MODIFICATION CERTIFY THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

Complete one of the certifications below:

1. I, Timothy H. Hassell, attorney for the debtors Charles and Katherine Henning, certify that I have reviewed the modification proposed above with the debtors, and that the debtors have authorized me to file it with the court.

   /s/ Timothy H. Hassell                               May 16, 2013
   Counsel for the Debtors                              Date


WHEREFORE, the Proponents request that the court approve the modification to the Chapter 13 Plan as stated herein.


Date: May 16, 2013                  /s/ Timothy H. Hassell, for
                                    Michael J. Watton, Esq.
                                    Watton Law Group
                                    700 North Water Street, Suite 500
                                    Milwaukee, Wisconsin 53202

                                    Attorney for Debtors

4

A copy of the foregoing filed electronically
on May 16, 2013 with:

Clerk, U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

Copies of the foregoing mailed or sent electronically
if the party named accepts electronic service
on May 16, 2013 to:

Office of the U.S. Trustee
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Mary B. Grossman
Chapter 13 Trustee
PO Box 510920
Milwaukee WI 53203

United Consumer Financial Services
c/o Bass & Associates, P.C.
3936 East Ft. Lowell Suite 200
Tucson, AZ 85712



/s/Kaitlyn Oakley, Legal Assistant
(Electronically file by)




Henning
Case No. 13-21425-MDM